COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-17-00231-CR |
| Style: | Earl Roy DeBlanc v. The State of Texas |
| Date motion filed*: | October 19, 2017 |
| Type of motion: | Fifth Motion to Extend Time to File Brief |
| Party filing motion: | Appellant Earl Roy DeBlanc's counsel, Melissa Martin |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?        No.

If motion to extend time:

| | |
|---|---|
| Original due date: | June 19, 2017 |
| Number of extensions granted: | 3        Current Due Date: October 18, 2017 |
| Date Requested: | October 26, 2017 (129 days from original due date) |

Ordered that motion is:

☑ Granted

   If document is to be filed, document due: October 26, 2017.

   ☑ **No further extensions of time will be granted.**

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

Because appellant's counsel's fifth extension request states that Hurricane Harvey has still disrupted the functioning of her office, the Court **grants** the motion, but counsel is warned that **no further extensions are to be granted**. *See* Extension of Emergency Order Authorizing Modification and Suspension of Court Procedures in Proceedings Affected by Disaster, Misc. Docket No. 17-013 (Tex. Crim. App. Sept. 26, 2017); TEX. R. APP. P. 2, 38.6(d). TEX. R. APP. P. 2, 38.6(d). Accordingly, if appellant's brief is not filed by **October 26, 2017**, the Court may abate this case. *See id.* 38.8(b)(2).

Judge's signature: /s/ Evelyn V. Keyes _____

                    ☑ Acting individually        ☐ Acting for the Court

Date: October 24, 2017 _____